IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DONTRELL PATTERSON                                                               PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:04cv128-WSu

HINDS COUNTY, MS, ET AL.,                                                      DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THERE CAME ON TO BE HEARD THIS DAY the joint motion of the plaintiff, Dontrell Patterson, and the defendants, Hinds County, Malcolm E. McMillin, individually, and in his official capacity as Sheriff of Hinds County, Hinds County Sheriff's Department, Ryan Arnold, individually and in his official capacity as deputy for the Hinds County Sheriff's Department, Coyote Mississippi Malls, LLC d/b/a Metrocenter Mall, Coyote Mississippi Malls, LP d/b/a Metrocenter Mall, Coyote Mississippi Malls, Inc. d/b/a Metrocenter Mall, Walden Security, and Metropolitan Security Services, Inc., to dismiss this civil action with prejudice as to all defendants, and the Court, having considered the same, noting the agreement of the parties and otherwise being fully advised in the premises, finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants shall be and the same are hereby dismissed with prejudice, with the parties to bear their respective costs.

IT IS FURTHER ORDERED AND ADJUDGED that the third-party complaint filed by Coyote Mississippi Malls, Inc. d/b/a Metrocenter Mall, Coyote Mississippi Malls, LP d/b/a Metrocenter Mall and Coyote Mississippi Malls, LLC d/b/a Metrocenter Mall against

Metropolitan Security Services, Inc. and Walden Security shall be and the same is hereby dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED this the 28th day of February, 2007.

Henry T. Wingate
UNITED STATES DISTRICT COURT JUDGE

APPROVED BY AND AGREED TO:

ATTORNEY FOR PLAINTIFF

ATTORNEY FOR HINDS COUNTY
AND MALCOLM McMILLIN

ATTORNEY FOR RYAN ARNOLD

ATTORNEY FOR COYOTE MISSISSIPPI MALLS, LLC
D/B/A METROCENTER MALL, COYOTE
MISSISSIPPI MALLS, LP D/B/A METROCENTER MALL, AND
COYOTE MISSISSIPPI MALLS, INC. D/B/A METROCENTER MALL

ATTORNEY FOR METROPOLITAN SECURITY SERVICES, INC.
AND WALDEN SECURITY

**Civil Action No. 3:04-cv-128 WS**
**Final Judgment of Dismissal with Prejudice**